MELVIN HIX, JOHN J. PELOT, W. F. TALLANT, W. R. WHIT-
AKER, J. R. CURRY, H. P. PERRY, W. E. PARSONS, P. D.
B. STANSELL, F. C. WHITAKER, G. MURPHY, C. H. CRE-
TORS, DON L. DICKINSON, JOHN G. SAXE, MRS. ARIE G. D.
HAINES, MRS. SINAH B. McCULLERS, FANNIE W. RUS-
SELL, F. M. JENNINGS, S. L. TEBE, M. C. SMITH, J. H.
TALLEVAST, W. H. BARTLOW, F. H. KNAPP, MRS. F. H.
KNAPP, A. M. RAYBURN, R. D. RAYBURN, MRS. ARTHUR
SAPPER, ARTHUR SAPPER, C. A. BIRNEY, AND H. S. CLARK,
INTERVENING CITIZENS AND TAX PAYERS, *Appellants,* v.
COUNTY OF MANATEE, A POLITICAL SUBDIVISION OF THE
STATE OF FLORIDA, *Complainant, Appellee;* STATE OF
FLORIDA, *Defendant, Appellee.*

En Banc.

Decision Filed November 16, 1927.

*Stewart & Ford,* for Appellants;

*J. Henry Taylor* and *Dewey A. Dye,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said decree, it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
decree of the Circuit Court be, and the same is hereby
affirmed.

ELLIS, C. J., AND WHITFIELD, TERRELL, STRUM, BROWN
AND BUFORD, J. J., concur.